UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GREGORY MODNY, *on behalf of himself and all others* :
*similarly situated*, :
: 24-CV-5586 (JMF)
Plaintiff, :
: ORDER
-v- :
:
FOLEY HOAG LLP et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of Defendants' new motion to dismiss, *see* Docket No. 34, Defendants' earlier motion to dismiss filed at Docket No. 24 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **December 10, 2024**. Defendants' reply, if any, is due by **December 17, 2024**.

     The Clerk of Court is directed to terminate Docket No. 24.

     SO ORDERED.

Dated: November 27, 2024
      New York, New York
                                                          JESSE M. FURMAN
                                                  United States District Judge